USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

                Plaintiffs,

-against-

**LA GUARDIA,**

                **Defendant.**

**19-cv-5895 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:** The parties should submit a joint status report by July 23, 2020. **SO ORDERED.**

Dated:  June 22, 2020
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**