UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                Plaintiff,

-against-

Donald S. LaGuardia, Jr.,

                Defendant.

1:19-cv-05895 (ALC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties, during which counsel for the "Frontier Funds" (as defined in footnote 3 in ECF No. 39) also appeared, it is hereby Ordered that, no later than July 21, 2021, Plaintiff shall either: (a) advise the Court that it intends to stand on its Motion to Deposit Funds (ECF No. 38), as currently briefed; or (b) withdraw the motion, without prejudice to refiling at an appropriate time, and file an amended pleading.[1]

**SO ORDERED.**

DATED:     New York, New York
             June 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] During the conference, counsel for Defendant consented to Plaintiff filing an emended pleading. In addition, counsel for the Frontier Funds agreed to accept service on their behalf.