

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                Plaintiff,

-against-

Donald S. LaGuardia, Jr.,

                Defendant.

1:19-cv-05895 (ALC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Tuesday, October 5, 2021, the parties shall file a joint letter regarding proposed next steps in this action.

**SO ORDERED.**

DATED:    New York, New York
               September 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge