```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

                      Plaintiff,

-against-

Donald S. LaGuardia, Jr.,

                      Defendant.

1:19-cv-05895 (ALC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Friday, September 30, 2022, the parties shall file a joint letter to the ECF docket regarding the status of this action. The letter shall address the status with respect to the relief defendants and whether Defendant LaGuardia intends to file a dispositive motion.

**SO ORDERED.**

DATED:      New York, New York
                 September 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge