UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>-against-<br><br>DONALD S. LAGUARDIA, JR.,<br><br>       Defendant,<br><br><br>LR Global Frontier Master Fund Ltd., et al.,<br><br>       Relief Defendants. | 19-CV-5895 (ALC)(SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  Defendant is directed to file a response to Plaintiff's motion for judgment by **August 25, 2023**.

**SO ORDERED.**

Dated: August 11, 2023
   New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**