UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>-against-<br><br>DONALD S. LAGUARDIA, JR.,<br><br>       Defendant,<br><br>LR Global Frontier Master Fund Ltd., et al.,<br><br>       Relief Defendants. | 19-CV-5895 (ALC)(SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of Plaintiff's letter dated August 19, 2024 (ECF No. 118). The Court **GRANTS** Plaintiff leave to file its motion to disburse funds in accordance with the Distribution Plan (ECF No. 113).

**SO ORDERED.**

**Dated: August 21, 2024**
   New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**