UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　**Plaintiff,**<br>　v.<br><br>**DONALD S. LAGUARDIA, JR.**<br><br>　　　　**Defendant,**<br>　　and<br><br>**LR Global Frontier Master Fund Ltd., LR Global Frontier Fund Ltd. (offshore), LR Global Frontier Fund Ltd. (onshore),**<br><br>　　　　**Relief Defendants.** | 19-CIV-05895 (ALC/SDA)<br><br>(~~Proposed~~) Order to Disburse |

　　The Court has reviewed the Securities and Exchange Commission's (the "SEC") Uncontested Motion for an Order to Disburse, the accompanying Memorandum in Support, the Declaration of Kelly McCullough, a Director for Distribution Agent, Lain, Faulkner and Co., P.C. (the "Distribution Agent"), and any related filings;

　　**AND,** in accordance with this Court's Order entered December 7, 2023 (ECF No. 113), the Clerk of the Court has transferred to the SEC all funds in the Court Registry Investment account under the caption of this case;

　　**AND THE COURT** has considered all arguments presented, and for good cause shown;

2

**IT IS HEREBY ORDERED** that the SEC shall disburse $1,094,180.00 from an SEC-designated account at the U.S. Treasury in accordance with the distribution plan approved by this Court (ECF No. 113).

_August 22_, 2024

                                          ANDREW L. CARTER, JR.
                                          U.S. District Court Judge