## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>DONALD S. LAGUARDIA, JR.,<br><br>                Defendant,<br><br>LR GLOBAL FRONTIER MASTER FUND LTD., LR GLOBAL FRONTIER FUND LTD. (OFFSHORE), LR GLOBAL FRONTIER FUND LTD. (ONSHORE),<br><br>                Relief Defendants. | Case No. 1:19-CV-5895-ALC-SDA<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME |

The Court has reviewed the Securities and Exchange Commission's (the "SEC") Motion to Extend the Time to File the Motion and Order Approving the Final Accounting, Terminating the Distribution Funds, Discharging the Distribution Agent, and Related Relief, and for good cause shown;

**IT IS HEREBY ORDERED** that the deadline for the SEC's motion is extended to May 2, 2025. Responses are due by May 16, 2025, and Replies are due by May 23, 2025.

Dated: April 22, 2025
       New York, NY

*/s/ Andrew L. Carter, Jr.*
ANDREW L. CARTER, JR.
U.S. District Court Judge