USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   1/20/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

**SECURITIES AND EXCHANGE**
**COMMISSION,**

               **Plaintiff,**

       **-against-**

**LR GLOBAL FRONTIER MASTER FUND**
**LTD., et al.,**

              **Defendants.**

-------------------------------------------------------- x

       **1:19-cv-05895 (ALC) (SDA)**

       **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On January 16, 2026, a notice of voluntary dismissal was filed as to all Relief Defendants. ECF No. 140. On June 10, 2025, this Court issued an order approving the final accounting, terminating the distribution funds, discharging the distribution agent, and related relief as to Interested Party United States of America. ECF No. 139.

Accordingly, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated:  January 20, 2026**
     **New York, New York**

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**